UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| RAYFIELD JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:17-CV-1521 CDP |
| | ) | |
| MISSOURI DEPT. OF MENTAL HEALTH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the filing of plaintiff's notice of appeal and his certified account statement. Plaintiff has not paid the appellate filing fee, and this Court will not permit plaintiff to proceed in forma pauperis on appeal because it has certified that an appeal in this case would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3). As a result, the Court will order plaintiff to either pay the $505 appellate filing fee or to file a motion in the United States Court of Appeals for the Eighth Circuit for leave to proceed in forma pauperis.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall, within thirty (30) days of the date of this Order, either pay the $505 appellate filing fee or file a motion in the United States Court of Appeals for the Eighth Circuit for leave to proceed in forma pauperis.

**IT IS FURTHER ORDERED** that plaintiff shall file any future documents or pleadings in connection with his appeal directly with the United States Court of Appeals for the Eighth Circuit.

/s/ Catherine D. Perry
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 18th day of August, 2017.